UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEIGH FOXLEY, ) | CASE NO. C06-0114-RSL-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER STRIKING STIPULATED |
| ) | MOTION TO CONTINUE |
| TIM CRISTMAN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court on the parties' stipulated motion to continue the date for filing their joint pretrial statement. On June 30, 2006, this Court issued an Order re-setting the pretrial deadlines. (Dkt. No. 14.) In that Order, the joint pretrial statement deadline was stricken and the Court noted that the deadline would be re–set, if necessary, at a later date. As there currently is not a joint pretrial statement deadline pending, the parties motion to continue that deadline (Dkt. No. 25) is STRICKEN as moot.

/ / /

/ / /

ORDER STRIKING STIPULATED
MOTION TO CONTINUE
PAGE -1

01    The Clerk is directed to send copies of his Order to plaintiff, to counsel for defendants, and

02 to the Honorable Robert S. Lasnik.

03    DATED this 2nd day of October, 2006.

05    Mary Alice Theiler
      United States Magistrate Judge

ORDER STRIKING STIPULATED
MOTION TO CONTINUE
PAGE -2