UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LEIGH FOXLEY, | ) | CASE NO. C06-0114-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR SUMMARY |
| TIM CRISTMAN, et al., | ) | JUDGMENT AND DENYING |
| | ) | PLAINTIFF'S MOTION FOR |
| Defendants. | ) | SUMMARY JUDGMENT |
| | ) | |

The Court, having reviewed plaintiff's civil rights complaint, defendants' motion for summary judgment, plaintiff's motion for summary judgment, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment (Dkt. No.15) is GRANTED, and plaintiff's motion for summary judgment (Dkt. No. 16) is DENIED;

(3) Plaintiff's complaint, and this action, are DISMISSED with prejudice as to plaintiff's Eighth Amendment claim and without prejudice as to plaintiff's medical malpractice claim; and

/ / /

ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND DENYING
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT
PAGE -1

01       (4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

02           defendants, and to the Honorable Mary Alice Theiler.

03   DATED this 17th day of January, 2007.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge